UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CV-39-F

| | | |
|---|---|---|
| AUDIO-VIDEO WORLD OF WILMINGTON, INC.; INTERNATIONAL TRADE & INVESTMENT, L.L.C.; and CLARA GROVE, Plaintiffs, v. MHI HOTELS TWO, INC., f/k/a MHI RECOVERY MANAGEMENT, INC.; MHI HOTELS SERVICES, L.L.C., and MHI HOTELS, L.L.C., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | O R D E R |

The uncontested motion by Audio-Video World of Wilmington, Inc., for leave to file supplemental pleadings [DE-88] is ALLOWED, noting the defendants' retention of rights to assert defenses thereto, if any. Audio-Video's motion to stay [DE-90] further proceedings in this action pending disposition of plaintiffs' petition for permission for interlocutory appeal is ALLOWED.

Counsel for the plaintiffs is DIRECTED to file a Notice in this action of the appellate court's decision on that petition within **five (5) days** of receiving it. The Clerk is DIRECTED to re-submit this matter to the undersigned for review upon plaintiffs' filing of that Notice.

SO ORDERED.

This, the 19th day of April, 2011.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge