UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CV-39-F

| | | |
|---|---|---|
| AUDIO-VIDEO WORLD OF WILMINGTON, INC.; INTERNATIONAL TRADE & INVESTMENT, L.L.C.; and CLARA GROVE, Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | O R D E R |
| MHI HOTELS TWO, INC., f/k/a MHI RECOVERY MANAGEMENT, INC.; MHI HOTELS SERVICES, L.L.C., and MHI HOTELS, L.L.C., Defendants. | ) ) ) ) ) | |

The plaintiffs have filed a Notice [DE-96] alerting the court that the Fourth Circuit Court of Appeals has denied their request for permission to file an interlocutory appeal of this action. *See Audio-Video World of Wilmington, Inc., et al. v. MHI Hotels Two, Inc., et al.*, No. 11-158 (4th Cir. May 16, 2011). Accordingly, the stay [DE-95] entered herein on April 19, 2011, is LIFTED.

The Clerk of Court is DIRECTED to continue management of this case in accordance with district rules and policy.

SO ORDERED.

This the 19th day of May, 2011.

JAMES C. FOX
Senior United States District Judge